UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LORENZO SANTIAGO SALAS<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>PPG ARCHITECTURAL FINISHES, INC., a Delaware Corporation. HOFAX PRODUCTS, INC., a Washington Corporation, JOHN DOES 1-4;<br>　　　　　　　　　　Defendants. | NO.　2:17-CV-01787-RSM<br><br>STIPULATION AND ORDER DISMISSING ALL CLAIMS WITH PREJUDICE AND WITHOUT COSTS |

　　　　　COME NOW the parties hereto, by and through their respective counsel of record, having resolved all claims against each other in this matter, and hereby stipulate that all claims between and among them be dismissed with prejudice and without costs or attorneys' fees to any party and that the attached Order may be entered.

///

///

**Stipulation and Order Dismissing All Claims with Prejudice and Without Costs**

**No. 2:17-cv-01787-RSM**

Martens + Associates | P.S.
705 Fifth Avenue South, Ste. 150
Seattle, Washington 98104-4436
206.709.2999 / Fax: 206.709.2722

RESPECTFULLY SUBMITTED THIS 23rd day of May, 2019.

Presented by:

**Martens + Associates | P.S.**                **Mendez Law Group, PLLC**

By: /s/ *Richard L. Martens*                    By:  /s/ *Damian S. Mendez*

Richard L. Martens, WSBA #4737                  Damian S. Mendez, WSBA #36157

Jane J. Matthews, WSBA #41729                   Of Attorneys for Plaintiff

Angeli-Ann Punzalan Kim, WSBA # 49836            Email: damian@damianmendezlaw.com

Attorneys for Defendants PPG Architectural Finishes, Inc. and Shield Packaging of California, Inc.

Telephone: (206) 290-5148

Fax: (206) 260-9010

Email:   rmartens@martenslegal.com

        jmatthews@martenslegal.com

        akim@martenslegal.com

Telephone: (206) 709-2999

Fax: (206) 709-2722

## **ORDER**

THIS MATTER having come on before the above-entitled court on the stipulation of the undersigned parties, now, therefore, it is hereby

**Stipulation and Order Dismissing All Claims with Prejudice and Without Costs**

**No. 2:17-cv-01787-RSM**

Martens + Associates | P.S.
705 Fifth Avenue South, Ste. 150
Seattle, Washington 98104-4436
206.709.2999 / Fax: 206.709.2722

ORDERED, ADJUDGED AND DECREED that any and all claims between and among the parties to the above-entitled action are dismissed with prejudice and without costs or attorney's fees to any party.

DATED THIS 29 day of May, 2019.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| **Martens + Associates | P.S.** | **Mendez Law Group, PLLC** |
|---|---|

By: /s/ *Richard L. Martens*
Richard L. Martens, WSBA #4737
Jane J. Matthews, WSBA #41729
Angeli-Ann Punzalan Kim, WSBA # 49836
Attorneys for Defendants PPG Architectural Finishes, Inc. and Shield Packaging of California, Inc.
Email:  rmartens@martenslegal.com
   jmatthews@martenslegal.com
   akim@martenslegal.com
   Telephone: (206) 709-2999
   Fax: (206) 709-2722

By:  /s/ *Damian S. Mendez*
Damian S. Mendez, WSBA #36157
Of Attorneys for Plaintiff
Email: damian@damianmendezlaw.com
Telephone: (206) 290-5148
Fax: (206) 260-9010

**Stipulation and Order Dismissing All Claims with Prejudice and Without Costs**

**No. 2:17-cv-01787-RSM**

Martens + Associates | P.S.
705 Fifth Avenue South, Ste. 150
Seattle, Washington 98104-4436
206.709.2999 / Fax: 206.709.2722